UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANKLIN WILLIAMS, | ) | CASE NO. CV 09-6525 GAF (FFM) |
|     Petitioner, | )<br>) | ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND |
| v. | )<br>) | RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |
| LARRY SMALL, | ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: July 20, 2012

_____
GARY A. FEESS
United States District Judge